# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-00246-01-CR-W-SRB |
| | ) | |
| VICTOR RODRIGUEZ KESSEL, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 22, 2019, the Grand Jury returned an eight-count Second Superseding Indictment charging Defendant Victor Rodriguez Kessel with conspiracy to distribute a controlled substance (a Class A felony), attempt to manufacture 280 grams or more of cocaine base (a Class A felony), possession with intent to distribute 28 grams or more of cocaine base (a Class B felony), possession with intent to distribute cocaine (a Class C felony), possession with intent to distribute less than 50 kilograms of marijuana (a Class D felony), using a communication facility to facilitate a drug conspiracy (a Class E felony), possession of a firearm in furtherance of a drug trafficking crime (a Class A felony), and felon in possession of a firearm (a Class C felony).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Bradley Kent Kavanaugh/Sean Foley
        Case Agent: Spc Agent Paul Shade
    Defense: Sean W. Pickett

**OUTSTANDING MOTIONS**:

| 05/17/2019 | 70 | NOTICE of filing *Government's Notice Pursuant to FRE Rule 404(b)* by USA as to Victor Rodriguez Kessel (Kavanaugh, Bradley) (Entered: 05/17/2019) |
|---|---|---|

**TRIAL WITNESSES**:
    Government: 4-6 with stipulations; 19 without stipulations
    Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**
　　Government: approximately 90 exhibits
　　Defendant: approximately 0 exhibits

**DEFENSES**:  general denial

**POSSIBLE DISPOSITION**:
　　( X ) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 3.5-4 days total**
　　Government's case including jury selection: 3-3.5 day(s)
　　Defendant: .5 day(s)

**STIPULATIONS**: none

**UNUSUAL QUESTIONS OF LAW:**  none

**FILING DEADLINES:**

　　**Witness and Exhibit List**
　　　　Government: **Updated list(s) due on or before November 19, 2019**.
　　　　　　Proposed Witness List filed May 16, 2019
　　　　　　Proposed Exhibit List filed May 16, 2019
　　　　Defendant: **Due on or before November 19, 2019.**

　　**Counsel are requested to list witnesses in alphabetical order on their witness list.**

　　**Exhibit Index, Voir Dire, Jury Instructions: Due on or before November 27, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

　　**Motion in Limine: None anticipated.  Due on or before November 27, 2019.**


**TRIAL SETTING**: Criminal jury trial docket set for December 2, 2019.

　　**Please note:**  Government does not request a specific week of the trial docket. Defendant must have the first week of the trial docket as he is not available the second week.

　　**IT IS SO ORDERED**


　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lajuana M. Counts*
　　　　　　　　　　　　　　　　　　　　　　　　LAJUANA M. COUNTS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE